# EXHIBIT A

# ANDREW MINIK

