E-FILED
Monday, 09 April, 2018  01:09:57 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT B

# JOEL VALDEZ

