E-FILED
Monday, 09 April, 2018 01:09:58 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT C

# BLAIR NELSON

