# EXHIBIT D

# VIDEO: Instructor arrested for attacking conservative students



**Andrew Minik**
**Illinois Campus Correspondent**
@AFMinik

on Nov 18, 2017 at 2:05 PM EDT

**1.3K**
SHARES

- A University of Illinois graduate instructor was arrested for assaulting two students during an anti-Trump protest Thursday, stealing the phone of one student and throwing it on the sidewalk.

- Tariq Khan charged the students in a rage after one of them mocked the 39-year-old by asking, "Don't you have anything better to do? Don't you have kids?"

- After accusing the students of threatening his children, Khan chased after one of them, stealing his phone and hurling it to the sidewalk.



**A** University of Illinois graduate instructor was arrested for assaulting two students during an anti-Trump protest Thursday, stealing the phone of one student and throwing it on the sidewalk.

**Tariq Khan** is a PhD candidate at the university and has **taught courses** such as "**Constructing Race in America**" and "U.S. Gender History since 1877." He is also involved with various **anarchist and communist organizations** including Black Rose Anarchist Federation and Antifa, in addition to working with the undergraduate socialist students.

2:18-cv-02101-CSB-EIL    # 1-4    Page 3 of 4



"Don't you have anything better to do? Don't you have kids?"   Tweet This

The event Thursday began as a demonstration to air grievances about President Trump one year after his election. Khan spoke to students, urging them to resist the president's agenda and fight fascism, but when his speech targeted Turning Point USA members on campus, conservative students who were present took notice.

Joel Valdez, executive board member and campus activism coordinator for TPUSA, asked, "Don't you have anything better to do? Don't you have kids?" Khan immediately charged from the Alma Mater statue and accused Valdez of threatening his children.

[RELATED: VIDEO: School employee storms College Republicans meeting]

In video of the altercation obtained by *Campus Reform* Khan is seen intimidating and confronting two students: throwing a punch at one and stealing and destroying Valdez's cell phone.



The incident has been reported to University of Illinois police, and Khan was placed under arrest and **issued a notice to appear to appear in court** for criminal damage to property, with police valuing the cell phone at $700.

This violent altercation comes three weeks after Khan aided the campus student government in shutting down the university's homecoming parade for including a float celebrating the school's former mascot "**Chief Illiniwek**."

*Follow the author of this article on Twitter: @AFMinik*

## Will you help expose liberal bias on America's campuses?

Campus Reform exposes the liberal bias and abuse against conservatives on America's colleges and universities.

As a Campus Reform reader, you know about the abuse taking place at our nation's higher education institutions, and you know how important it is to bring these stories to light.

College campuses are no longer bastions of higher learning. Professors indoctrinate students with their agendas. They even silence conservative students with their attempts to suppress free speech.

Campus Reform depends on the financial support of concerned Americans like you to report on leftist indoctrination on college campuses and uncover the blatant misconduct of university administrators, faculty, and students.

Your tax-deductible gift will expose these attacks to millions of Americans.

SUPPORT CAMPUS REFORM NOW



Share    Tweet    Share    Email

17.6k
Shares



ANDREW MINIK
Illinois Campus Correspondent

Andrew Minik is an Illinois Campus Correspondent, and reports liberal bias and abuse on campus for *Campus Reform.* He studies accountancy at the University of Illinois at Urbana-Champaign, where he serves as Treasurer for Turning Point USA. He is piloting programs for the Atlas Society called "No Banned Books" to bring the literature of Ayn Rand into the classroom as well as an art exhibition exploring censorship on campus.

More By Andrew Minik