# EXHIBIT F

**Andrew Minik** <minik2@illinois.edu> 12/14/17
to ronydie

Rony,

After our meeting today, I hope to follow up about what discussed to ensure I am completely aware of the situation. The order was filed by Tariq Khan against me due to messages he received as a result of my coverage of his altercation with two members of my organization, Turning Point USA @ UIUC. This is not a direct disciplinary charge, rather a probationary measure to ensure that I do not attempt to reach out to him personally or through other individuals. If that is violated, I face suspension from the university.

The order does not pertain to public events on campus. If we are both present at a public event you recommend the second person to arrive leaves, if neither of us is comfortable leaving we should avoid each other. Additionally, if I feel he is abusing the power of the no contact order I must reach out to your office.

Lastly, the no contact order does not prevent me from writing journalistic stories related to Khan. However, if I hope for the situation to improve, you suggest that I do not write about him anymore. If I or other members who have been harassed wish to file no contact orders against other individuals, we are encouraged to do so.

I appreciate the meeting. I understand the purpose of the order. If there are any discrepancies above please let me know.

Best,



**Andrew Minik** 12/14/17
---------- Forwarded message ---------- From: "Andrew Minik" <minik2@illinois...

**Die, Rony** <ronydie@illinois.edu> 12/15/17
to Andrew

Andrew,

Your recollection from our meeting is correct, with one clarification. A violation of a no contact directive could result in dismissal from the university, not suspension.

Sincerely,

**Rony Die**