E-FILED
Monday, 09 April, 2018 01:09:58 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT G

From: **Andrew Minik** <minik2@illinois.edu>
Date: Fri, Dec 15, 2017 at 4:24 PM
Subject: IMC 12-13-17
To: ronydie@illinois.edu

Rony,

At our meeting the other day you mentioned a claim that my friend and I went to the IMC to harass Tariq Khan's wife. The attached audio proves that Tariq's claims are fabricated. We showed up to attend open hours for a 3D printing lab. My friend is an engineer and I was interested in the subject. We discovered the event through an app called "Meet Up" which advertises cool local events. Neither of us had any idea what other events were scheduled at the same time, who would be in attendance, nor any way of identifying Tariq's wife.

Additionally, the audio proves we left immediately after the director of the building kicked us out. We never resisted, caused a disturbance, or argued. In the proceeding conversation with the police we explain to them that this was entirely a misunderstanding. I told my friend to record the conversation because I noticed someone calling the police when I briefly stepped out to return a phone call.

Due to the seriousness of a no contact order, I hope the audio clears up whatever misinformation Tariq gave you. I have never and do not intend to harass him or his family. If any of them spoke to the police they should have known what I am saying is true. If he continues to make false claims about me, is there any way I can protect myself without having to explicitly prove my innocence?

Sincerely,
Andrew


📄 **IMC Incident.wav**

--
Andrew Minik
University of Illinois at Urbana-Champaign
Gies College of Business | Accountancy
Illinois Student Government | Diversity & Inclusion Chair
Turning Point USA @ UIUC | President