# EXHIBIT H

From: <ronydie@illinois.edu>
Date: Tue, Jan 16, 2018 at 10:21 AM
Subject: UIUC Disciplinary Update: IMPORTANT
To: minik2@illinois.edu

January 16, 2018

Andrew F Minik
Sent ONLY via email to: minik2@illinois.edu
UIN: 660484702

Dear Andrew Minik:

I have received a screenshot of a Facebook post where you posted a meme and allegedly tagged and/or directed it towards another student. The student that you tagged strongly believes that this meme was posted to encourage violence towards them. I would like to speak with you to receive your personal account on this allegation.

At this time, you are not being charged with a violation of the student code. Please call the office at 217-333-3680 to schedule an appointment no later than January 23, 2018.

Sincerely,

Rony Die
Assistant Dean

Case No. 02861-001-2017