IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **Andrew Minik, Joel Valdez,** and **Blair Nelson,**<br><br>Plaintiffs,<br><br>vs.<br><br>**(1) Board of Trustees of the University of Illinois,** including Ramon Cepeda, Donald J. Edwards, Patrick J. Fitzgerald, Stuart C. King, Timothy Koritz, Edward L. McMillan, James D. Montgomery, Sr., Jill B. Smart, Trayshawn M.W. Mitchell, Karina Reyes, Edwin Robles, and Governor Bruce Rauner, **(2) Timothy Killeen**, President of the University of Illinois, in his official capacity, **(3) Robert J. Jones**, Vice-President of the University of Illinois and Chancellor for the University of Illinois Urbana-Champaign campus, **(4) Rony Die**, Assistant Dean of Students of the University of Illinois at Urbana-Champaign, in his official capacity; **(5) Tariq Khan,** Graduate Instructor in his official and individual capacity,<br><br>Defendants. | Case No. 18-2101 |

**MOTION TO WITHDRAW ATTORNEY NOEL W. STERETT
AS COUNSEL FOR PLAINTIFFS**

The undersigned attorney, Noel W. Sterett, requests that this Court allow him to withdraw from representation of Plaintiffs, Andrew Minik, Joel Valdez, and Blair Nelson. In support of this motion, counsel states as follows:

1. The undersigned attorney left the law firm of Mauck & Baker, LLC in May 2018.

2. Since that time, the undersigned attorney has not provided any work on this case, nor will he do so in the future.

3. Plaintiffs will continue to be represented by Mauck & Baker, LLC, attorney Whitman H. Brisky.

WHEREFORE, the undersigned respectfully request that this Court enter an order allowing the undersigned attorney's withdrawal.

Dated: June 12, 2018                        Respectfully Submitted,

/s/ Noel W. Sterett
Noel W. Sterett
Dalton & Tomich PLC
504 N. State Street
Belvidere, Illinois 61008

Detroit Office:
719 Griswold Street, Suite 270
Detroit, Michigan 48226
nsterett@daltontomich.com

## CERTIFICATE OF SERVICE

I, Noel W. Sterett, certify that on June 12, 2018, I caused a copy of the foregoing motion to be filed electronically through the CM/ECF system, which constitutes service on all counsel of record.

/s/ Noel W. Sterett
Noel W. Sterett
Dalton & Tomich PLC
504 N. State Street
Belvidere, Illinois 61008

Detroit Office:
719 Griswold Street, Suite 270
Detroit, Michigan 48226
nsterett@daltontomich.com