IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

ANDREW MINIK, JOEL VALDEZ, and BLAIR NELSON,

        Plaintiffs,

vs.

(1) BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, including RAMON CEPEDA, DONALD J. EDWARDS, PATRICK J. FITZGERALD, STUART C. KING, TIMOTHY KORITZ, EDWARD L. MCMILLAN, JAMES D. MONTGOMERY, SR., JILL B. SMART, TRAYSHAWN M.W. MITCHELL, KARINA REYES, EDWIN ROBLES, and GOVERNOR BRUCE RAUNER, (2) TIMOTHY KILLEEN, President of the University of Illinois, in his official capacity, (3) ROBERT J. JONES, Vice-President of the University of Illinois and Chancellor for the University of Illinois Urbana-Champaign campus, (4) RONY DIE, Assistant Dean of Students of the University of Illinois at Urbana-Champaign, in his official capacity; (5) TARIQ KHAN, Graduate Instructor in his official and individual capacity,

        Defendants.

Case No.  2:18-cv-02101-CSB-EIL

**REPORT OF RULE 26(f) PLANNING MEETING**

      Plaintiffs being represented by Whitman H. Brisky of Mauck & Baker, LLC; Defendants Board of Trustees of the University of Illinois, Timothy Killeen, President of the University of Illinois, Robert J. Jones, Vice President of the University of Illinois and Chancellor for the Urbana-Champaign Campus, and Rony Die, Assistant Dean of Students of the University of Illinois at Urbana-Champaign being represented by Charles R. Schmadeke of Hinshaw & Culbertson LLP; and Defendant Tariq Khan being represented by Ellyn J. Bullock of Solberg &

1

Bullock, LLC, counsel, conferred on July 6, 2018, for the purpose of formulating a proposed discovery calendar for consideration by the Court.  The following are dates upon which counsel have agreed.  The parties agreed that a trial date in February 2020 would be appropriate.

1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by July 20, 2018.

2. The deadline for amendment of pleadings is September 4, 2018.

3. The deadline for joining additional parties is September 4, 2018.

4. The parties shall disclose experts and provide expert reports by July 1, 2019, and shall make any such experts available for deposition by August 1, 2019.

5. All discovery, including deposition of experts, is to be completed by October 31, 2019.

6. The deadline for filing case dispositive motions shall be December 2, 2019.

7. The parties agreed to reserve issues regarding the discovery of electronically stored information and that, if such issues arise, they will confer to attempt to resolve any differences.

| | |
|---|---|
| Andrew Minik, Joel Valdez, & Blair Nelson, Plaintiffs | Board of Trustees of the University of Illinois, Timothy Killeen, President of the University of Illinois, Robert J. Jones, Vice President of the University of Illinois and Chancellor for the Urbana-Champaign Campus, and Rony Die, Assistant Dean of Students of the University of Illinois at Urbana-Champaign, |
| By /s/Whitman H. Brisky<br>　　Whitman H. Brisky<br>　　Mauck & Baker, LLC<br>　　One No. LaSalle, Suite 600<br>　　Chicago, IL  60602 | |
| | By /s/Charles R. Schmadeke<br>　　Charles R. Schmadeke<br>　　Hinshaw & Culbertson LLP<br>　　400 South Ninth Street, Suite 200<br>　　Springfield, IL 62701 |

302144827v1 1008237

Tariq Khan, Defendant,

By /s/Ellyn J. Bullock
   Ellyn J. Bullock
   Solberg & Bullock, LLC
   100 N. Chestnut Street, Suite 230
   Champaign, IL 61820

302144827v1 1008237

## CERTIFICATE OF SERVICE

    I hereby certify that on July 10, 2018, I electronically filed the foregoing REPORT OF RULE 26(F) PLANNING MEETING with the Clerk of Court using the CM/ECF system and served upon counsel of record:

Whitman H. Brisky                  Email: wbrisky@mauckbaker.com

Ellyn J Bullock                     Email: ellyn@solbergbullock.com

                                                 /s/Charles R. Schmadeke
                                                 Charles R. Schmadeke (#2489813
                                                 Hinshaw & Culbertson LLP
                                                 400 South Ninth Street, Suite 200
                                                 Springfield, IL 62701
                                                 Telephone:  217-528-7375
                                                 Facsimile:  217-528-0075
                                                 Email: cschmadeke@hinshawlaw.com

302144827v1 1008237