IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

ANDREW MINIK, JOEL VALDEZ, and BLAIR NELSON,

    Plaintiffs,

vs.

(1) BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, including RAMON CEPEDA, DONALD J. EDWARDS, PATRICK J. FITZGERALD, STUART C. KING, TIMOTHY KORITZ, EDWARD L. MCMILLAN, JAMES D. MONTGOMERY, SR., JILL B. SMART, TRAYSHAWN M.W. MITCHELL, KARINA REYES, EDWIN ROBLES, and GOVERNOR BRUCE RAUNER, (2) TIMOTHY KILLEEN, President of the University of Illinois, in his official capacity, (3) ROBERT J. JONES, Vice-President of the University of Illinois and Chancellor for the University of Illinois Urbana-Champaign campus, (4) RONY DIE, Assistant Dean of Students of the University of Illinois at Urbana-Champaign, in his official capacity; (5) TARIQ KHAN, Graduate Instructor in his official and individual capacity,

    Defendants.

Case No.  2:18-cv-02101-CSB-EIL

**UNIVERSITY DEFENDANTS' MOTION TO DISMISS
MINIK'S AND VALDEZ'S CLAIMS FOR PROSPECTIVE
RELIEF DUE TO MOOTNESS AND LACK OF STANDING**

    Pursuant to Fed.R.Civ.P. 12(b)(1), Defendants Board of Trustees of the University of Illinois, including Ramon Cepeda, Donald J. Edwards, Patrick J. Fitzgerald, Stuart C. King, Timothy Koritz, Edward L. McMillan, James D. Montgomery, Sr., Jill B. Smart, Trayshawn M.W. Mitchell, Karina Reyes, Edwin Robles, and Governor Bruce Rauner, Timothy Killeen, President of the University of Illinois, Robert J. Jones, Vice President of the University of Illinois and Chancellor for the University of Illinois Urbana-Champaign, and Rony Die,

302328369v1 1008237

Assistant Dean of Students (collectively "University Defendants"), by their attorneys, Hinshaw & Culbertson LLP, move to dismiss the claims for prospective relief of Plaintiffs Andrew Minik ("Minik") and Joel Valdez ("Valdez") in that those claims are now moot, depriving Minik and Valdez standing to pursue those claims. Accordingly, this Court lacks subject matter jurisdiction over those claims.

1. On June 8, 2018, the University Defendants filed a Motion to Dismiss (Doc. #9) with a supporting Memorandum of Law (Doc. #10), which remains pending at this time. This Motion does not supersede the prior Motion to Dismiss but supplements it.

2. The submission of this Motion was delayed pending resolution of issues pertaining to the disclosure and use of education records protected by the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. §1232g; in that the Affidavit of Registrar Hazen, attached to this Motion, references information contained in those records. A protective order governing the use of the education records was entered on October 3, 2018 (Doc. #28).

3. This Motion is based solely on the Court's subject matter jurisdiction.

4. Subject matter jurisdiction is "a fundamental limitation on the power of a federal court to act." *Del Vecehio v. Conseco, Inc.*, 230 F.3d 974, 980 (7th Cir. 2000). "If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." Fed.R.Civ.P. 12(h)(3). Rule 12(h)(3) codifies "the virtually universally accepted practice of federal courts to permit any party to challenge or, indeed, to raise sua sponte the subject matter of the court at any time and at any stage of the proceedings." *Sadat v. Mertes,* 615 F.2d 1176, 1188 (7th Cir. 1980).

5. Since the filing of their earlier Motion to Dismiss, the University Defendants have confirmed that, for reasons unrelated to the allegations in the Complaint, under the present circumstances, Minik and Valdez are a) not currently enrolled or registered for any courses at the

University of Illinois at Urbana-Champaign (the "University") for the Fall 2018 academic term; and b) not eligible to enroll or register for any courses at the University for any academic term. *See* Declaration of Meghan Hazen, Registrar of the University of Illinois at Urbana-Champaign, attached as Exhibit 1.

6. Minik was last enrolled in courses at the University in its Spring 2018 term, ending in May 2018. At the end of that term, Minik was dismissed from the University for academic reasons relating to failure of maintaining the necessary grade point average.

7. Valdez was last enrolled in courses at the University in its Fall 2017 academic term, ending in December 2017. Valdez is indebted to the University for unpaid tuition resulting in the placement of a financial hold on him. That financial hold remains in place and prevents Valdez from registering for any courses. Valdez is also subject to an immunization hold.

8. Neither Minik nor Valdez are presently enrolled students at the University and are presently ineligible to enroll in any courses in any academic term.

9. Since they are not students at the University, they currently are not subject to the University's *Student Code,* and their claims for prospective relief are thereby moot.

10. A memorandum of law in support of this motion is lodged herewith.

WHEREFORE, the University prays that the claims of Minik and Valdez for prospective relief be dismissed.

Dated: October 3, 2018

/s/Charles R. Schmadeke
Charles R. Schmadeke (#2489813)
Hinshaw & Culbertson LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Email: cschmadeke@hinshawlaw.com

*Attorneys for University Defendants*

3

302328369v1 1008237

## CERTIFICATE OF SERVICE

    I hereby certify that on October 3, 2018, I electronically filed the foregoing UNIVERSITY DEFENDANTS' MOTION TO DISMISS MINIK'S AND VALDEZ'S CLAIMS FOR PROSPECTIVE RELIEF DUE TO MOOTNESS AND LACK OF STANDING with the Clerk of Court using the CM/ECF system and served upon counsel of record:

| | |
|---|---|
| Whitman H. Brisky | Email: wbrisky@mauckbaker.com |
| Ellyn J Bullock | Email: ellyn@solbergbullock.com |

/s/Charles R. Schmadeke
Charles R. Schmadeke (#2489813
Hinshaw & Culbertson LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Email: cschmadeke@hinshawlaw.com