E-FILED
Friday, 05 October, 2018  03:33:12 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| **ANDREW MINIK, JOEL VALDEZ,** and **BLAIR NELSON,**<br><br>     Plaintiffs,<br><br>v.<br><br>**BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,** *et. al.*,<br><br>Defendants. | **Case No. 2:18-cv-02101-CSB-EIL**<br><br>**JURY TRIAL DEMANDED** |
| **TARIQ KHAN,**<br><br>     Counterclaimant,<br><br>v.<br><br>**ANDREW MINIK, JOEL VALDEZ** and **BLAIR NELSON**,<br><br>     Counter-Defendants. | **JURY TRIAL DEMANDED** |

### <u>COUNTER-DEFENDANTS ANDREW MINIK, JOEL VALDEZ, AND BLAIR NELSON'S ANSWER TO DEFENDANT TARIK KHAN'S COUNTERCLAIMS</u>

NOW COME the Counter-Defendants ANDREW MINIK, JOEL VALDEZ, and BLAIR NELSON, through their attorney, Whitman H. Brisky of Mauck & Baker, LLC, and under Federal Rules of Civil Procedure 8, 12 and 13, and under all other applicable Rules, answer as follows to Tariq Khan's counterclaims:

<u>Parties</u>

1.   Counter-Claimant TARIQ KHAN ("Khan") is a graduate student in good standing at the University of Illinois Urbana-Champaign. He is of mixed racial and ethnic descent

including Pakistani heritage. He is of mixed religious background including Mormon and Islam. He is a member of the UIUC Graduate Employees Organization.

**ANSWER:** **Counter-Defendants admit that Khan is a graduate student at the University of Illinois Urbana-Champaign and that he is a member of the UIUC Graduate Employees Organization. Counter-Defendants have insufficient information to admit or deny the remaining allegations in paragraph 1 and demand strict proof thereof.**

2.     Counter-Defendant ANDREW MINIK ("Minik") is a student at the University of Illinois Urbana-Champaign. Upon information and belief, he is a student in good standing. Upon information and belief, Minik is a member of Turning Points USA.

**ANSWER:** **Minik admits that at the time of the filing of the Complaint, he was a student at the University. Minik admits that he is a member of Turning Point USA. Minik further states that he is not currently an active student at the University.**

3.     Counter-Defendant JOEL VALDEZ ("Valdez") is an undergraduate student at the University of Illinois Urbana-Champaign. Upon information and belief, Valdez is not in good standing and is under disciplinary sanction. Upon information and belief, Valdez is a member of Turning Points USA and has communicated and associated with the hate group: Proud Boys.

**ANSWER:** **Valdez admits that prior to the filing of the Complaint, he was an undergraduate student at the University and that he was not in good standing as a result of the University's unlawful disciplinary actions against him. Valdez further admits that he is a member of Turning Point USA. Valdez further states that he is not currently an active student at the University. Valdez admits that he was interviewed by Gavin McInnes who is alleged to be a founder of Proud Boys, neither admits nor denies that McInnes was a founder of Proud Boys because he lacks**

**sufficient knowledge to do so, denies any connection or association with Proud Boys,**
**denies communication with Proud Boys, and denies the remaining allegations of**
**paragraph 3.**

4.      Counter-Defendant BLAIR NELSON ("Nelson") is an undergraduate student at
the University of Illinois Urbana-Champaign. Upon information and belief, he is a student in
good standing. Upon information and belief, Nelson is a member of Turning Points USA and
has communicated and associated with the hate group: Proud Boys.

**ANSWER: Nelson admits that he is an undergraduate student in good standing at**
**the University of Illinois Urbana-Champaign and that he is a member of Turning**
**Point USA. Nelson admits that he was interviewed by Gavin McInnes who is alleged**
**to be a founder of Proud Boys, neither admits nor denies that McInnes was a**
**founder of Proud Boys because he lacks sufficient knowledge to do so, denies any**
**connection or association with Proud Boys, denies communication with Proud Boys,**
**and denies the remaining allegations of paragraph 4.**

Definitions

5.      Speech is protected by the First Amendment. But any speech that is a mechanism
or instrumentality in the commission of a separate unlawful act is outside the protections of
the First Amendment.

**ANSWER: This paragraph sets forth legal conclusions and questions of law to**
**which no response is required.**

6.      Harassment may occur when electronic communication is used to threaten injury
to the person or property of the person to whom an electronic communication is directed or to
any of his or her family or household members.

**ANSWER: This paragraph sets forth legal conclusions and questions of law to**
**which no response is required.**

7.      "Proud Boys" is designated a Hate Group by the Southern Poverty Law Center. It was founded in 2016 by Gavin McInnes. Gavin McInness hosts an online show "Get Off My Lawn" which traffics in a number of racist and/hateful and/or false and/or pro-violence theories.

**ANSWER: Counter-Defendants admit that McInnes hosts an online show "Get Off My Lawn," and that the Southern Poverty Law Center labels Proud Boys a "hate group." Counter-Defendants neither admit nor deny that McInnes founded Proud Boys because they lack sufficient knowledge and deny the remaining allegations of paragraph 7. Counter-Defendants further answer that Proud Boys is not, in fact, a hate group and that the Southern Poverty Law Center is a discredited left-wing organization which labels legitimate organizations "hate groups" simply because of their stance on political issues in order to silence and intimate them. The SPLC has recently settled a lawsuit for millions of dollars for defamation based upon their label, and other suits are currently pending.**

8.      Turning Points USA is a group founded in 2012 to organize students to promote the principles of freedom, free markets and limited government. It has a troubling history of boosting its numbers with racists and Nazi sympathizers.

**ANSWER: Counter-Defendants admit the first sentence in paragraph 8 but deny the remaining allegations of paragraph 8 and , in particular, any "troubling history" and further state that they, and Turning Point USA, have condemned racists, Nazis, or any other persons espousing similar views.**

Facts Surrounding the Racist and Hate Backgrounds of Counter-Defendants

9.      Upon information and belief at all relevant times, Minik, Valdez and Nelson received financial and other support from Turning Points USA, a group committed to promoting hate on college campuses.

**ANSWER: Counter-Defendants deny the allegations of paragraph 9. Furthering answering, Counter-Defendants state that Turning Point USA finances the chapter at the University, not the Counter-Defendants personally. Counter-Defendants categorically deny that Turning Point USA "is committed to promoting hate"; it is instead committed to promoting the principles of free markets and limited government.**

10.    In spring of 2017, Minik attempted to enter the Independent Media Center in Urbana for the purpose of disrupting an African American reading club and also for the purpose of harassing African Americans. Upon information and belief, Minik was blocked from entering by the Director of the Independent Media Center.

**ANSWER: Counter-Defendants deny the allegations of paragraph 10. Minik further answers that he attended the meeting believing it was a meeting of a student group which restricted attendance to individuals of a certain race. He was not disruptive while he was present. Upon being informed that the group was not a student group, he left.**

11.    In spring of 2017, Minik heckled and harassed African Americans at the Independent Media Center in Urbana who were holding a reading group.

**ANSWER: Minik denies the allegations of paragraph 11 and restates and realleges the answer to paragraph 10.**

12.    On November 15, 2017, Nelson and Valdez appeared as guests on "Get Off My Lawn," which is Proud Boys' Founder Gavin McInness' internet show. Nelson and Valdez published hateful and defamatory and threatening information about Khan on McInness' show.

**ANSWER: Nelson and Valdez admit that they appeared as guests on McInness' show but deny that they published hateful and defamatory information about Khan, neither admit nor deny, for lack of knowledge, that McInnes founded Proud Boys, and deny the remaining allegations of paragraph 12.**

Facts Surrounding the November 16, 2017 Rally

13.     On November 16, 2017, Valdez heckled and threatened Khan at an Anti-Trump Rally on campus where Khan was a speaker.

**ANSWER: Counter-Defendants admit Khan was the speaker at an "anti-Trump" rally on November 16, 2017 at which Valdez was present and that Counter-Defendants and Khan engaged in some mutual back and forth during the incident but deny that Counter-Defendants made any threats. Counter-Defendants deny the remaining allegations of paragraph 13 and state that Khan was the aggressor who approached and assaulted Nelson and Valdez, for which he was later charged.**

14.     On November 16, 2017, Nelson filmed Khan at an Anti-Trump Rally on campus where Khan was a speaker.

**ANSWER: Counter-Defendants admit the allegations of paragraph 14.**

15.     On November 16, 2017, Khan tried to lighten the mood by saying to his hecklers words to the effect of "someone is tearing down your flyers, why don't you call in the Coast Guard." Khan's reference to the Coast Guard was intended to be humorous given that Illinois is a landlocked non-coastal state.

**ANSWER: Counter-Defendants deny the allegations of paragraph 15.**

16.     On November 16 2017, Valdez interrupted Khan and threatened him and his children saying, "Don't you have anything better to do? Don't you have kids?"

**ANSWER: Counter-Defendants admit that Valdez, in response to Khan yelling "F@#k Donald Trump, F@#k you guys . . . I'm going to go there down one of your flyers right now at him" at him, stated, from the fringe of the crowd, "No one is scared of you 50 year old man. Don't you have kids to look after?" Counter-Defendants deny the remaining allegations of paragraph 16 and state that when asked what threat was made, Khan could not give an answer.**

17.     On November 16, 2017, Khan felt threatened by reference to his children and repeatedly said in an emotional and loud voice "don't threaten my kids" and "you wanna threaten my kids" and words to that effect to Valdez and other hecklers.

**ANSWER: Counter-Defendants have insufficient knowledge to admit or deny how Khan felt but admit that Khan made the statements alleged. Furthering answering, Counter-Defendants state that they did not make any threats and that no reasonable person would think that their statements were actual threats.**

18.     On November 16, 2017, Khan grabbed Valdez's phone that was filming him and the phone fell to the ground.

**ANSWER: Counter-Defendants admit that Khan grabbed Valdez's phone but deny that it simply "fell to the ground." Rather, Khan dashed it against the pavement and fled the scene before the police could show up.**

19.     On November 16 2017, Khan walked away from Valdez after the phone fell and after repeatedly saying "don't threaten my kids" and words to that effect.

**ANSWER: Counter-Defendants restate and reallege their answers to paragraphs 17 and 18, and further state that the time elapsed between Khan leaving the place he**

was speaking to assault Valdez and Nelson until he walked away from them was approximately three minutes.

20.     Following the November 16, 2017 rally, Valdez, Nelson and Minik all published and disseminated information about Khan, including but not limited to videos, photos, and text about Khan and about the rally.

**ANSWER: Counter-Defendants admit that they published truthful information about the altercation and information about Khan to prove that he is a faculty member of the University. No personal information such as addresses or phone numbers were published.**

21.     Following the November 16, 2017 rally, Valdez, Minik and Nelson published and disseminated information about Khan to hate groups and to known racists.

**ANSWER: Counter-Defendants deny the allegations of paragraph 21 except to the extent that materials published were available to any person over the internet.**

22.     Following the November 16, 2017 rally, Valdez and/or Minik and/or Nelson edited the video footage of Khan.

**ANSWER: Counter-Defendants deny that they edited the video. The video was submitted to Campus Reform which then added their logo and overlaid the footage with a second camera filing the same incident. The footage itself is unedited.**

23.     Following November 16, 2017, Minik, Nelson and Valdez published defamatory and hateful and threatening allegations against Khan on multiple internet sites known by Minik, Nelson and Valdez to be supported by racists and hate group supporters.

**ANSWER: Counter-Defendants deny the allegations of paragraph 23. Counter-Defendants truthfully reported the altercation to Campus Reform. After Campus**

**Reform published the video, Counter-Defendants did not control, or necessarily know, which other sites may have republished the material. Counter-Defendants also state that Khan's characterization site or groups as racist or hate groups is suspect because he relies on the Southern Poverty Law Center to determine which groups are hate groups and which are not.**

24.     Following November 16, 2017, Minik and/or Valdez and/or Nelson published Khan's Facebook page and his University email address on the internet and at sites known to be supported by racists and hate group supporters.

**ANSWER: Counter-Defendants admit that they published a link to the University's History department public website to prove that Khan is an instructor at the University but deny the remaining allegations of paragraph 24.**

Facts Surrounding the University's Discipline of Counter-Claimant Tariq Khan

25.     Following November 16, 2017, the University of Illinois put Khan on conduct probation.

**ANSWER: Counter-Defendants have insufficient knowledge to admit or deny and demand strict proof thereof.**

26.     Following November 16, 2017, Khan attended and completed an anger management program and learned and grew through his attendance at the anger management program.

**ANSWER: Counter-Defendants have insufficient knowledge to admit or deny and demand strict proof thereof.**

27.     Following November 16, 2017, Khan communicated with Assistant Dean Rony Die several times regarding the University of Illinois Student Code and disciplinary measures.

**ANSWER: Counter-Defendants have insufficient knowledge to admit or deny and demand strict proof thereof.**

28.     On November 28, 2017, Die sent Khan a Charge Notice stating in part: "The Office for Student Conflict Resolution has received information in which it is alleged that on November 16, 2017, you were involved in an incident which may violate the Student Code a the University of Illinois at Urbana-Champaign. It is alleged that you approached another student, chest bumped them and engaged in a verbal altercation. During this verbal altercation, you threatened to physically harm this student and you forcibly removed his phone from his hand. You refused to return the phone and then you spiked the phone on the ground causing damage to the screen. Such conduct, if proven, would fall within the jurisdiction of the student discipline system and would constitute a violation of our community standards."

**ANSWER: Counter-Defendants have insufficient knowledge to admit or deny and demand strict proof thereof.**

29.     On December 12, 2017 the University of Illinois issued a No Contact Directive to Khan, Minik, Valdez and Nelson. Khan received a No Contact Directive similar to the ones received by Valdez and Nelson and Minik attached as Exhibit E to the Complaint.

**ANSWER: Counter-Defendants admit that they received No Contact Directives. Counter-Defendants have insufficient knowledge to admit or deny the remainder of paragraph 29 and demand strict proof thereof.**

30.     Following the University's issuance of its December 12, 2017 No Contact Directives, Khan followed the spirit and letter of the No Contact Directive conscientiously and carefully and without fail and he continues to follow the spirit and letter of the No Contact Directive conscientiously and carefully and without fail through this day.

**ANSWER: Counter-Defendants have insufficient knowledge to admit or deny and demand strict proof thereof.**

31.     On January 18, 2018, the University, through Die, disciplined Khan.

**ANSWER: Counter-Defendants have insufficient knowledge to admit or deny and demand strict proof thereof.**

Facts Surrounding the Ongoing Threats and Harassment of Khan and His Family

32.     Following November 16, 2017, Khan received multiple threats on line which threats were participated in by Nelson and/or Minik and/or Valdez.

**ANSWER: Counter-Defendants have insufficient knowledge to admit or deny what threats Khan has received but deny that they, or any of them, "participated" in any threats.**

33.     Following November 16, 2017, Minik published a threat to @Tariq Khan that included the words "Get him out of here. . . .Beat the shit out of him . . . I'll pay the legal fees."

**ANSWER: Minik admits that he commented on a meme of President Trump created by a third party, making reference to comments the then candidate Trump made at a campaign rally but denies that it was a threat. Minik further states that he was blocked by Khan on Facebook so that the comment he made would not, in the ordinary course, have come to the attention or be read by Khan. Minik further**

answers that the University's Bias Assessment and Response Team (BART) and Dean Die acknowledged the comment was a joke.

34.     Following November 16, 2017, Minik published defamatory and hateful and threatening allegations against Khan.

**ANSWER: Counter-Defendants deny the allegations of paragraph 34.**

35.     Following November 16, 2017, Minik's and Nelson's and Valdez's electronic communications about Khan caused unknown racist and hateful persons to threaten and harass Khan.

**ANSWER: Counter-Defendants deny the allegations of paragraph 35 and deny any communication with hate groups, racists, or the like, and state that they are not responsible for use others may make of a truthful and newsworthy report about the altercation or for any other legitimate journalistic activities.**

36.     Following November 16, 2017, Valdez and Minik and Nelson all shared hateful and racist and defamatory electronic communications about Khan on the internet and caused threats of injury to Khan and his family.

**ANSWER: Counter-Defendants deny the allegations of paragraph 36.**

37.     On or about November 17, 2017, Khan received a threat from an unknown person named Keith Joseph Greff stating: "u wanna make the battle between ideologies a physical thing and attach people for their thoughts and views thats fine but make sure you deal with the consequences you scumbag. im 3 hours from you maybe ill come to campus this weekend and we can duke it out with fists and learn the hard way that u cant just muscle people into thinking a certain way.  Stay frosty mother fucker."

**ANSWER: Counter-Defendants have insufficient knowledge to admit or deny and demand strict proof thereof.**

38.     On or about November 17, 2017, Khan received a death threat from an unknown person named Chuck Neely stating: "Expelled? No. We need to deal with this as white men in a white nation. This garbage dares to assault us? We physically remove him from the plane of existence. He has zero right to exist in our nation, he is made to leave one way or another."

**ANSWER: Counter-Defendants have insufficient knowledge to admit or deny and demand strict proof thereof.**

39.     On November 18, 2017, Khan received a threatening email from an unknown person at email address rich128128@gmail.com  with subject "Shameful" and text "You know what im talking about."

**ANSWER: Counter-Defendants have insufficient knowledge to admit or deny and demand strict proof thereof.**

40.     On November 18, 2017, Khan received a threatening email from an unknown person at email address leary_4@usa.com with subject "Ewwwww tuff guy" and text "U have got to be the biggest pussy I have ever seen.  I hope u don't have kids cause u will be beaten severely one day and no kid should see his dad like that not even u. Alla u snack bar ya fuckin idiot."

**ANSWER: Counter-Defendants have insufficient knowledge to admit or deny and demand strict proof thereof.**

41.     On November 18, 2017, Khan received a threatening email from an unknown person at email address mjgluck@comcast.net with subject "Handsomely Done" and text "Saw you made the news today.  Your parents must be proud."

**ANSWER: Counter-Defendants have insufficient knowledge to admit or deny and demand strict proof thereof.**

42.     On November 19, 2017, Khan received a threatening email from an unknown person at someweheronaddison@gmail.com with subject "Little Tariq" and text "Aww. . . .poor baby got arrested because he broke the law.  Fun to watch a guy who bitches about capitalism wander around taking pictures with an Apple phone.  Fun to watch a guy who bitches about capitalism go to school for free at a university founded to promote agrarian capitalism (Because agriculture on all those other communist nations have worked out so well." How's Venezuela working out pal?  Enjoy your expulsion. You're a coward and a hypocrite."

**ANSWER: Counter-Defendants have insufficient knowledge to admit or deny and demand strict proof thereof.**

43.     On November 20, 2017, Khan received a threatening email from an unknown person at arglebargle23@gmail.com with subject "Tariq Khan threatens kids." And text "Why are you threatening my kids? Are your employers aware of your behavior?  I think they will be soon enough.  Good luck with your hate!"

**ANSWER: Counter-Defendants have insufficient knowledge to admit or deny and demand strict proof thereof.**

44.     On November 20, 2017, Khan received a threatening email from an unknown person at email address goodgoy666@outlook.com with Subject "Important!" and text "Hi There! Just wanted to let you know I just watched the hilarious video of you making a fool of yourself by whining about President Trump and then assaulting students like a little bitch (it's all over the internet and social media). Watching you scream non-stop like a little girl was truly a sight to see. Your wife must be super embarrassed of you and has probably already started an affair with a real man behind your back.  And you just embarrassed your

kids and made them ashamed of you for the rest of their lives ;)  Your "legacy" is now a video of you screaming and throwing a tantrum while assaulting a student, stealing his phone, and then destroying it.  You are the laughing stock of the university and now everyone knows what a completely mentally unstable pussy you are. Enjoy finishing your Phd in shame and teaching class while everyone laughs in your face and behind your back ☺ Krama's a bitch isn't it?  Love, Muhammad"

**ANSWER: Counter-Defendants have insufficient knowledge to admit or deny and demand strict proof thereof.**

45.     On November 20, 2017, Khan received a threatening email from an unknown person at email address samuelyates87@gmail.com with Subject "Hahah" and text "Yo just a quick one to say you're a massive fucking pussy and you should kill yourself you sad cunt."

**ANSWER: Counter-Defendants have insufficient knowledge to admit or deny and demand strict proof thereof.**

46.     On November 20, 2017, Khan received a threatening email from an unknown person at email address 1mattehew765@gmail.com with Subject "Video" and text "Saw the video. Understand why you are against free speech. So easily triggered. What an embarrassment to academia you are. Matt Kremer."

**ANSWER: Counter-Defendants have insufficient knowledge to admit or deny and demand strict proof thereof.**

47.     On November 20, 2017, Khan received an email from an unknown person at email address Desoto.joseph@gmail.com with Subject "Little man" and text "You are screwed man. You bees a tuff guy on da video. Grow up. Seek guidance from your Imam and good luck with your career at McDonalds."

**ANSWER: Counter-Defendants have insufficient knowledge to admit or deny and demand strict proof thereof.**

48.     On November 20, 2017, Khan received a threatening email from an unknown person at email address  glynch9999@gmail.com with Subject "Watch yourself, boy" and text "You make a lot of threats . . ."

**ANSWER: Counter-Defendants have insufficient knowledge to admit or deny and demand strict proof thereof.**

49.     On November 21, 2017, Khan received a threatening email from an unknown person at email address  leeatrell@yahoo.com with Subject "Finals" and text "I was wondering when finals will be? You know when you finally lose you job because you are a whacked out slwcuck . . . have a good one, idiot"

**ANSWER: Counter-Defendants have insufficient knowledge to admit or deny and demand strict proof thereof.**

50.     On November 21, 2017, Khan received a threatening email from an unknown person at email address  mzmadmike@gmail.com with Subject "Pity . . ." and text "That they didn't beat the living shit out of you.  And after all that bleating and trantrumming . . . Trump is still president.  And the only concentration camps in US history were run by liberals."

**ANSWER: Counter-Defendants have insufficient knowledge to admit or deny and demand strict proof thereof.**

51.     On November 21, 2017, Valdez's friend made an on-line threat to "beat his [Khan's] ass for you bro." and Valdez replied threateningly to Khan with a heart icon and the words "Do it ASAP." This threat was publicly posted where many other persons affiliated with white supremacists and hate groups such as the Proud Boys could see it and further foment hate against Khan.

**ANSWER: Counter-Defendants admit that a friend of Valdez who does not reside near the University posted the quoted comment on Valdez's webpage, and that Valdez responded as indicated but deny that a heart icon was used or that the post was public and further deny the remaining allegations of paragraph 51. Further answering, because it was on Valdez's personal Facebook page, it would not ordinarily be seen by Khan.**

52.     On November 21, 2017, Josue Santana shared Charlie Kirk's Turning Point USA video of Khan at the November 16, 2017 Rally and Josue Santana told Valdez "I'll beat his ass for you bro" with an angry with fists up emoji.

**ANSWER: Valdez admits that Josue Santana, then a high school student in Chicago, posted the comment but denies that an angry fists up emoji was used.**

53.     On November 23, 2017, Khan received a threatening email from an unknown person at email address davidtimms61@gmail.com with Subject "Attack" and text "Hey Tariq, take a swing at my kid, you little pussy."

**ANSWER: Counter-Defendants have insufficient knowledge to admit or deny and demand strict proof thereof.**

54.     Following November 21, 2017, Khan reported the beat his ass ASAP threat to Die.

**ANSWER: Counter-Defendants have insufficient knowledge to admit or deny and demand strict proof thereof.**

55.     Following the December 12, 2017 issuance of the No Contact Directive, Nelson filmed Khan at multiple events, multiple times at multiple places.

**ANSWER: Nelson admits filming at public events, as he has a right to do, and denies the remaining allegations of paragraph 55.**

56.     Following the University's issuance of its December 12, 2017 No Contact Directives, Minik, Nelson and Valdez continued to threaten and harass and intimidate Khan and his family in violation of the No Contact Directive.

**ANSWER: Counter-Defendants deny threatening, harassing, or intimidating Khan at any time and deny all allegations of paragraph 56.**

57.     All of the threats Khan received caused him to feel fear and severe emotional distress.

**ANSWER: Counter-Defendants deny that they made threats to Khan, and in any case, have insufficient knowledge concerning Khan's feelings to answer the remaining allegations of paragraph 57.**

Facts Surrounding the Harassment of Khan's Wife at the Independent Media Center

58.     On December 13, 2017, in violation of the No Contact Directive, Minik harassed and threatened Khan's wife.  Khan was not present.  Khan's wife is associated with multiple community organizations including the Channing Murray Foundation.

**ANSWER: Minik denies that he harassed or threatened Khan's wife, denies that he even saw Khan's wife on December 13, 2017, and denies he violated the No Contact Directive on such date. Counter-Defendants have insufficient knowledge to admit or deny the remaining allegation of paragraph 58.**

59.     On December 13, 2017, Khan's wife was aware of the threats aimed at her husband including the November 16, 2017 threat published by Minik to @TariqKhan that included the words "Get him out of here…beat the shit out of him…I'll pay the legal fees."

**ANSWER:** **Counter-Defendants have insufficient knowledge to admit or deny what Khan's wife was aware of and deny the remaining allegation of paragraph 59. Minik further restates and realleges his response to paragraph 33.**

60.     On December 13, 2017, Khan's wife was aware of the No Contact Directive.

**ANSWER:** **Counter-Defendants have insufficient knowledge to admit or deny the allegation of paragraph 60.**

61.     On December 13, 2017, Khan's wife was peacefully attending an activity at the Independent Media Center in Urbana related to her work on prisoners' rights issues.

**ANSWER:** **Counter-Defendants have insufficient knowledge to admit or deny the allegations of paragraph 61.**

62.     On December 13, 2017, Khan's wife felt threatened and afraid when Minik and Valdez and two other men showed up at the Independent Media Center and interrupted her work on prisoners' rights issues.

**ANSWER:** **Counter-Defendants have insufficient knowledge to admit or deny how Khan's wife felt. Counter-Defendants deny that they threatened her or interrupted her work or that Minik even saw Khan's wife or was present in the same area of the building as Khan's wife. Further answering, Minik arrived at the building to attend a workshop and did not know Khan's wife was there and at no point interacted with her. Valdez states that he only arrived after the police were called and that the police acknowledged that neither Counter-Defendant disrupted the meeting Khan's wife was attending.**

63.     On December 13, 2017, the Building Manager, Brian Dolinar, asked Minik and Valdez and two other men to leave the premises of the Independent Media Center.

**ANSWER: Minik and Valdez admit that they peaceably left after they were told to leave the public building.**

64. On December 13, 2017, Khan reported the harassment of his wife to Die.

**ANSWER: Counter-Defendants deny any harassment but have insufficient knowledge to admit or deny the remaining allegations of paragraph 64.**

Facts Surrounding Nelson's and Valdez's Following and Filming of Khan in Violation of the NO Contact Directive

65.     On February 23, 2018, and repeatedly before and after, Nelson filmed and followed Khan in violation of the No Contact Directive and with intent to cause distress.

**ANSWER: Counter-Defendants restate and reallege their response to paragraph 55 as their response to paragraph 65 and deny the remaining allegations of paragraph 65.**

66.     On February 28, 2018, and repeatedly before and after, Nelson filmed and followed Khan in violation of the No Contact Directive and with intent to cause distress. Valdez was present for part of the harassment by Nelson on February 28, 2018, in violation of the No Contact Directive and with intent to cause distress.

**ANSWER: Counter-Defendants restate and reallege their response to paragraph 55 as their response to paragraph 66 and deny the remaining allegations of paragraph 66. Further answering, Valdez states that February 28, 2018 was a union strike and that he was not present there.**

67.     Between approximately February 28 and March 2, 2018, Valdez filmed and followed Khan in violation of the No Contact Directive and with intent to cause distress

**ANSWER: Counter-Defendants restate and reallege their response to paragraph 55 as their response to paragraph 67 and deny the remaining allegations of paragraph 67.**

68.     Nelson's filming of Khan at multiple times, multiple places and multiple events involved close contact, intrusive and threatening actions and caused Khan severe distress.

**ANSWER: Counter-Defendants deny the allegations of paragraph 68.**

<u>COUNTERCLAIM I (Intentional Infliction of Emotional Distress)</u>

<u>(Khan Against Minik, Valdez and Nelson)</u>

69. Counterclaimant incorporates all of the allegations in Paragraphs 1-68 above.

**ANSWER: Counter-Defendants restate and reallege their responses to paragraphs 1-68 as their response to paragraph 69.**

70.     Minik, Valdez and Nelson caused Khan's photo and name and racial and religious background to be published on the internet to persons known to Minik, Valdez and Nelson to be racist and to be members or supporters of hate groups.

**ANSWER: The Counter-Defendants, as campus journalists, truthfully reported the altercation to Campus Reform, which then published the video. Counter-Defendants deny the remaining allegations of paragraph 70.**

71.     Minik's, Valdez's and Nelson's threats and actions against Khan were extreme and outrageous and were intended to cause Khan severe emotional distress and did cause Khan severe emotional distress.

**ANSWER: Counter-Defendants deny the allegations of paragraph 71.**

72.     As a direct result of Mink's, Valdez's and Nelson's extreme and outrageous threats and actions, Khan suffered severe emotional distress, including but not limited to fear, anxiety, sleeplessness, concern for his family's safety and all manner of severe emotional distress which is continuing and ongoing.

**ANSWER: Counter-Defendants deny the allegations of paragraph 72.**

COUNTERCLAIM II (Hate Crime for Harassment and Assault and Intimidation)
(Khan Against Minik, Valdez and Nelson)

73.     Counterclaimant incorporates all of the allegations in Paragraphs 1-68 above.

**ANSWER: Counter-Defendants restate and reallege their responses to paragraphs 1-68 as their response to paragraph 73.**

74.     Minik, Valdez and Nelson caused Khan's photo and name and racial and religious background to be published on the internet to persons known to Minik, Valdez and Nelson to be racist and to be members or supporters of hate groups.

**ANSWER: The Counter-Defendants, as campus journalists, truthfully reported the altercation to Campus Reform, which then published the video. Counter-Defendants deny the remaining allegations of paragraph 74.**

75.     Minik and Valdez and Nelson were at all relevant times acting in whole or in part by reason of Khan's actual or perceived race and/or actual or perceived religion and/or actual or perceived ancestry and/or actual or perceived national origin.

**ANSWER: Counter-Defendants deny the allegations of paragraph 75.**

76.     Valdez and Nelson and Minik threated Khan with imminent danger and Khan believed himself to be in imminent danger.

**ANSWER: Counter-Defendants deny the allegations of paragraph 76.**

77.     Valdez and Nelson and Minik harassed Khan through electronic communication of threatening injury to Khan and his family.

**ANSWER: Counter-Defendants deny the allegations of paragraph 77.**

78.     Valdez and Nelson and Minik violated the University's No-Contact Directives for the purpose of threatening Khan.

**ANSWER: Counter-Defendants deny the allegations of paragraph 78.**

79.     Valdez and Nelson and Minik harassed and intimidated Khan by repeatedly filming him for the purpose of using the films to cause Khan and his family to be exposed to hatred and contempt and ridicule.

**ANSWER: Counter-Defendants restate and reallege their response to paragraph 55 as their response to paragraph 79 and deny the remaining allegations of paragraph 79.**

80.     Valdez and Nelson and Minik intended to cause harm to Khan.

**ANSWER: Counter-Defendants deny the allegations of paragraph 80.**

81.     Valdez and Nelson and Minik caused Khan and his family to suffer distress and to be exposed to contempt and hatred and ridicule.

**ANSWER: Counter-Defendants deny the allegations of paragraph 81.**

82.     As a result of Valdez's and Nelson's and Minik's harassment and assault and intimidation Khan has suffered and will continue to suffer fear, anxiety, emotional distress, academic injury and loss of enjoyment of academic life.

**ANSWER: Counter-Defendants deny the allegations of paragraph 82.**

**WHEREFORE, Counter-Defendants pray for judgment on the counterclaims with their costs of suit.**

Date: October 5, 2018                    Respectfully submitted,

                                         /s/ Whitman H. Brisky
                                         Whitman H. Brisky (#0297151)
                                         Mauck & Baker, LLC
                                         1 North LaSalle Street, Suite 600
                                         Chicago, IL  60602
                                         Phone:   (312) 726-1243 (Main)
                                         Fax:        (866) 619-8661
                                         wbrisky@mauckbaker.com

                                         *Attorney for Plaintiffs/Counter-Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2018, I electronically filed **COUNTER-DEFENDANTS ANDREW MINIK, JOEL VALDEZ, AND BLAIR NELSON'S ANSWER TO DEFENDANT TARIK KHAN'S COUNTERCLAIMS** with the Clerk of Court using the CM/ECF system and served upon counsel of record:

Charles R. Schmadeke               Email: cschmadeke@hinshawlaw.com

Ellyn J. Bullock                   Email: Ellyn@solbergbullock.com


/s/ Whitman H. Brisky
Whitman H. Brisky (#0297151)
Mauck & Baker, LLC
1 North LaSalle Street, Suite 600
Chicago, IL  60602
Phone: (312) 726-1243 (Main)
Fax:    (866) 619-8661
wbrisky@mauckbaker.com