UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ANDREW MINIK et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 18-cv-2101 |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS et al., | ) |
| Defendants. | ) |
| and | ) |
| TARIQ KAHN, | ) |
| Counterclaimant, | ) |
| v. | ) |
| ANDREW MINIK et al., | ) |
| Counter-Defendants. | ) |

## ORDER

On September 21, 2018, Magistrate Judge Eric I. Long filed a Report and Recommendation (#25) in the above cause. Judge Long recommended denying Plaintiffs' Motion to Strike and Dismiss Counterclaim (#17). Plaintiffs have not filed an objection, and the time for doing so has passed. This court has carefully reviewed Judge Long's thorough and well-reasoned recommendation. Following this court's careful de novo review, this court agrees with Judge Long's recommendation.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#25) is accepted by this court.

(2) Plaintiffs' Motion to Strike and Dismiss Counterclaim (#17) is DENIED.

(3) This case is referred to Judge Long for further proceedings.

ENTERED this 9th day of October, 2018.

s/COLIN S. BRUCE
U.S. DISTRICT JUDGE