IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ANDREW MINIK, JOEL VALDEZ, and BLAIR NELSON, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 2:18-cv-02101-CSB-EIL ) |
| (1) BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, including RAMON CEPEDA, DONALD J. EDWARDS, PATRICK J. FITZGERALD, STUART C. KING, TIMOTHY KORITZ, EDWARD L. MCMILLAN, JAMES D. MONTGOMERY, SR., JILL B. SMART, TRAYSHAWN M.W. MITCHELL, KARINA REYES, EDWIN ROBLES, and GOVERNOR BRUCE RAUNER, (2) TIMOTHY KILLEEN, President of the University of Illinois, in his official capacity, (3) ROBERT J. JONES, Vice-President of the University of Illinois and Chancellor for the University of Illinois Urbana-Champaign campus, (4) RONY DIE, Assistant Dean of Students of the University of Illinois at Urbana-Champaign, in his official capacity; (5) TARIQ KHAN, Graduate Instructor in his official and individual capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff, BLAIR NELSON, by his attorneys, Mauck & Baker, LLC, and Defendants BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, including TIMOTHY KILLEEN, President of the University of Illinois, ROBERT J. JONES, Vice President of the University of Illinois and Chancellor, RONY DIE, Assistant Dean of Students, TARIQ KHAN, Graduate Instructor, RAMON CEPEDA, DONALD J. EDWARDS, PATRICK J. FITZGERALD, STUART C. KING, TIMOTHY KORITZ, EDWARD L. MCMILLAN, JAMES D. MONTGOMERY, SR., JILL B. SMART, TRAYSHAWN M.W. MITCHELL, KARINA REYES,

EDWIN ROBLES, and the GOVERNOR OF ILLINOIS (collectively the "University Defendants"), by their attorney Hinshaw & Culbertson, LLP, state:

1. Pursuant to the Order dated February 25, 2019 (Doc. #44), Blair Nelson remains the only Plaintiff with any cause of action against the University Defendants or any of the University Defendants.

2. Plaintiff Blair Nelson and the University Defendants have reached a settlement of all disputes remaining between them.

3. Based upon that settlement, the parties desire that Plaintiff Blair Nelson's claims against the University be dismissed with prejudice.

IT IS HEREBY STIPULATED AND AGREED that the action of Blair Nelson be dismissed with prejudice and without costs to either party, all costs having been paid, and all matters in controversy for which said action was brought having been fully settled, compromised, and adjourned.

All University Defendants should be dismissed from this suit.

| | |
|---|---|
| BLAIR NELSON, Plaintiff | UNIVERSITY OF ILLINOIS, Defendant |
| By: MAUCK & BAKER, LLC | By: HINSHAW & CULBERTSON, LLP |
| By: /s/ Whitman H. Briskey | By: /s/ Charles R. Schmadeke |
| Whitman H. Briskey | Charles R. Schmadeke |
| One of His Attorneys | One of Its Attorneys |

Whitman H. Briskey
Mauck & Baker, LLC
One North LaSalle Street, Suite 600
Chicago IL 60602
Telephone: 312-726-1243
Fax Number: 866-619-8661
Email: wbrisky@mauckbaker.com

Charles R. Schmadeke
Hinshaw & Culbertson, LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
Phone: 217-528-7375
Fax: 217-528-0075
E-mail: cschmadeke@hinshawlaw.com