IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ANDREW MINIK, JOEL VALDEZ, and BLAIR NELSON, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 2:18-cv-02101-CSB-EIL ) |
| (1) BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, including RAMON CEPEDA, DONALD J. EDWARDS, PATRICK J. FITZGERALD, STUART C. KING, TIMOTHY KORITZ, EDWARD L. MCMILLAN, JAMES D. MONTGOMERY, SR., JILL B. SMART, TRAYSHAWN M.W. MITCHELL, KARINA REYES, EDWIN ROBLES, and GOVERNOR BRUCE RAUNER, (2) TIMOTHY KILLEEN, President of the University of Illinois, in his official capacity, (3) ROBERT J. JONES, Vice-President of the University of Illinois and Chancellor for the University of Illinois Urbana-Champaign campus, (4) RONY DIE, Assistant Dean of Students of the University of Illinois at Urbana-Champaign, in his official capacity; (5) TARIQ KHAN, Graduate Instructor in his official and individual capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**MOTION TO STRIKE AND FOR LEAVE
TO SUBSTITUTE CORRECTED STIPULATION**

In accordance with Rule 12(f) of the Federal Rules of Civil Procedure, Defendants Board

of Trustees of the University of Illinois, including Ramon Cepeda, Donald J. Edwards, Patrick J.

Fitzgerald, Stuart C. King, Timothy Koritz, Edward L. McMillan, James D. Montgomery, Sr., Jill

B. Smart, Trayshawn M.W. Mitchell, Karina Reyes, Edwin Robles, and Governor Bruce Rauner,

Timothy Killeen, President of the University of Illinois, Robert J. Jones, Vice President of the

University of Illinois and Chancellor for the University of Illinois Urbana-Champaign, and Rony Die, Assistant Dean of Students (collectively "University Defendants") by their attorneys, Hinshaw & Culbertson LLP, move to strike what has previously been filed as Stipulation of Agreed Dismissal (Doc #57) in that the University Defendants mistakenly identified Defendant Khan as part of the University Defendants.  The University Defendants also request leave to file a Corrected Stipulation of Dismissal upon their receipt of the executed Settlement Agreement.

    Respectfully submitted,

/s/ Charles R. Schmadeke
Charles R. Schmadeke (#2489813)
Hinshaw & Culbertson LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
Telephone:  217-528-7375
Facsimile:  217-528-0075
cschmadeke@hinshawlaw.com

*Attorneys for University Defendants*