IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ANDREW MINIK, JOEL VALDEZ, and BLAIR NELSON, <br><br> Plaintiffs, <br><br> vs. <br><br> (1) BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, including RAMON CEPEDA, DONALD J. EDWARDS, PATRICK J. FITZGERALD, STUART C. KING, TIMOTHY KORITZ, EDWARD L. MCMILLAN, JAMES D. MONTGOMERY, SR., JILL B. SMART, TRAYSHAWN M.W. MITCHELL, KARINA REYES, EDWIN ROBLES, and GOVERNOR BRUCE RAUNER, (2) TIMOTHY KILLEEN, President of the University of Illinois, in his official capacity, (3) ROBERT J. JONES, Vice-President of the University of Illinois and Chancellor for the University of Illinois Urbana-Champaign campus, (4) RONY DIE, Assistant Dean of Students of the University of Illinois at Urbana-Champaign, in his official capacity; (5) TARIQ KHAN, Graduate Instructor in his official and individual capacity, <br><br> Defendants. | Case No.  2:18-cv-02101-CSB-EIL |

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2019, the undersigned electronically filed University Defendant's *Motion to Strike and For Leave to Substitute Corrected Stipulation* (Doc. 59) with the Clerk of Court using the CM/ECF system and served upon counsel of record:

Noel W. Sterett                Email: nsterett@mauckbaker.com

Whitman H. Brisky              Email: wbrisky@mauckbaker.com

Ellyn J Bullock                Email: ellyn@solbergbullock.com

Sorin Adrian Leahu             Email: sleahu@mauckbaker.com

1008237\304847199.v1

/s/ Charles R. Schmadeke
Charles R. Schmadeke (#2489813)
Katelyn E. Hall (#6328737)
Hinshaw & Culbertson LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
Telephone:  217-528-7375
Facsimile:  217-528-0075
Email:  cschmadeke@hinshawlaw.com
            khall@hinshawlaw.com

2

1008237\304847199.v1