# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Andrew Minik, Joel Valdez and Blair Nelson,** ) | |
|     **Plaintiffs,** ) | |
| ) | |
|     **vs.** ) | **Case Number: 18-2101** |
| ) | |
| **Board of Trustees of the University of Illinois, Timothy Killeen, Robert J. Jones, Rony Die, Tariq Khan, Ramon Cepeda, Donald J. Edwards, Patrick J. Fitzgerald, Stuart C. King, Timothy Koritz, Edward L. McMillan, James D. Montgomery Sr, Jill B. Smart, Trayshawn MW Mitchell, Karina Reyes, Edwin Robles and J. B. Pritzker** ) | |
|     **Defendants.** ) | |
| | |
| **Tariz Khan,** ) | |
|     **Counter Claimant,** ) | |
| **vs.** ) | |
| **Andrew Minik, Blair Nelson, and Joel Valdez,** ) | |
|     **Counter-Defendants.** ) | |

## JUDGMENT IN A CIVIL CASE

☒ **DECISION BY THE COURT**. This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Andrew Minik and Joel Valdez' claims for prospective relief against Defendant Board of Trustees of the University of Illinois (including Ramon Cepeda, Donald J. Edwards, Patrick J. Fitzgerald, Stuart C. King, Timothy Koritz, Edward L. McMillan, James D. Montgomery, Sr., Jill B. Smart, Trayshawn M.W. Mitchell, Karina Reyes, Edwin Robles, and Governor Bruce Rauner), Timothy Killeen, President of the University of Illinois, Defendant Robert J. Jones, Vice President of the University of Illinois and Chancellor for the University of Illinois Urbana-Champaign, and Defendant Rony Die, Assistant Dean of Students are DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Andrew Minik, Joel Valdez, and Blair Nelson's claims for damages against Defendant Board of Trustees of the University of Illinois (including Ramon Cepeda, Donald J. Edwards, Patrick J. Fitzgerald, Stuart

C. King, Timothy Koritz, Edward L. McMillan, James D. Montgomery, Sr., Jill B. Smart, Trayshawn M.W. Mitchell, Karina Reyes, Edwin Robles, and Governor Bruce Rauner) ARE DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Court declines to exercise supplemental jurisdiction over the remaining state law claims. As such, Defendant and Counter-Claimant Tariq Khan's counterclaims against Plaintiff and Counter-Defendant Andrew Minik, Joel Valdez, and Blair Nelson for intentional infliction of emotional distress and hate crime for harassment and assault and intimidation are DISMISSED WITHOUT PREJUDICE and Joel Valdez' state law claims of assault and damage to property against Tariq Khan are DISMISSED WITHOUT PREJUDICE.

**Dated: 1/30/20**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court